

NUMBER 13-15-00451-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

EDWARD SALCEDO,                                                                    Appellant,

v.

THE STATE OF TEXAS,                                                                 Appellee.

**On appeal from the 28th District Court
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Perkes
Memorandum Opinion Per Curiam**

Appellant, Edward Salcedo, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we GRANT the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and DISMISS the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be

entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and file the
19th day of November, 2015.